UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRISTOBAL ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL,<br><br>    Defendant. | Case No. 18-CV-00958-LHK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned case is hereby referred to United States District Judge Beth Labson Freeman to determine whether it is related to Case No. 17-CV-07114-BLF, *Acosta v. California Highway Patrol, et al.*

**IT IS SO ORDERED.**

Dated: May 1, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 18-CV-00958-LHK
SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES